&#x26AB; AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JERMAINE ANDRE ANTHONY | ) Case No: 5:01CR08-6 |
| | ) USM No: 17267-058 |
| Date of Previous Judgment: July 8, 2003 | ) Robert C. Carpenter |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 31           Amended Offense Level: _____
Criminal History Category: III       Criminal History Category: _____
Previous Guideline Range: 135 to 168 months   Amended Guideline Range: ___ to ___ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) was rendered moot by this court's decision to grant the Government's Rule 35(b) motion and to reduce Defendant's sentence of imprisonment to time served. As such, this court will grant Defendant's consent motion to withdraw Defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2).

Except as provided above, all provisions of the judgment dated   July 8, 2003   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 24, 2008

Effective Date: _____
(if different from order date)

*Richard L. Voorhees* (signature)
Richard L. Voorhees
United States District Judge